**Electronically Filed
Supreme Court
SCWC-13-0000593
14-AUG-2014
01:33 PM**

SCWC-13-0000593

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BARDWELL JOSEPH EBERLY, Petitioner/Defendant-Appellant

and

ANTONY M. MOORE and CHRISTINA WHITLEY, Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000593; CR. NO. 11-1-1117)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Bardwell Joseph Eberly's

application for writ of certiorari filed on July 9, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 14, 2014.

Shawn A. Luiz
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

